1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9   David Del Grande-Leyva,            )    No. CV-13-2351-PHX-SRB (DKD)
                                       )
10              Petitioner,            )
                                       )
11  vs.                                )    **REPORT AND RECOMMENDATION**
                                       )
12  David Gonzalez, United States Marshal for)
    the District of Arizona,           )
13                                     )
                Respondent.            )
14                                     )
                                       )
15

16  TO THE HONORABLE SUSAN R. BOLTON, UNITED STATES DISTRICT JUDGE:

17          On October 15, 2013, Magistrate Judge Bowman issued a provisional arrest warrant,

18  ordering the arrest of David Del Grande-Leyva pursuant to an extradition agreement between

19  Mexico and the United States.  He was detained pursuant to this warrant, and Magistrate

20  Judge Rateau ordered Mr. Del Grande's continued detention pending the extradition hearing

21  scheduled for January 6, 2014.  *See* 4:13-mj-05682.

22          On November 15, 2013, Mr. Del Grande filed a Petition for Writ of Habeas Corpus

23  pursuant to 28 U.S.C. § 2241.  In his Petition, he alleged that (1) his provisional arrest was

24  not appropriate pursuant to the extradition agreement; and (2) there are special circumstances

25  entitling him to release pending further extradition proceedings (Doc. 1).  On December 18,

26  2013, in his criminal case, the government filed a Motion to Dismiss, because the Republic

27  of Mexico had notified the government that the Mexican warrant had been quashed and that

28  Mexico was rescinding their extradition request.  On December 19, 2013, Magistrate Judge

1    Velasco granted the government's Motion to Dismiss and released Mr. Del Grande.  On

2    January 3, 2014, Mr. Del Grande, through counsel, filed a Motion to Dismiss the Habeas

3    Petition, contending that the petition is now moot.

4         **IT IS THEREFORE RECOMMENDED** that David Del Grande-Leyva's Motion

5    to Dismiss be **granted** (Doc. 13).

6         **IT IS FURTHER RECOMMENDED** that his Petition for Writ of Habeas Corpus

7    be **dismissed as moot** (Doc. 1).

8         This recommendation is not an order that is immediately appealable to the Ninth

9    Circuit Court of Appeals.  Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

10   Appellate Procedure, should not be filed until entry of the district court's judgment.  The

11   parties shall have fourteen days from the date of service of a copy of this recommendation

12   within which to file specific written objections with the Court.  *See,* 28 U.S.C. § 636(b)(1);

13   Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure.  Thereafter, the parties have fourteen

14   days within which to file a response to the objections.  Failure timely to file objections to the

15   Magistrate Judge's Report and Recommendation may result in the acceptance of the Report

16   and Recommendation by the district court without further review.  *See United States v.*

17   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Failure timely to file objections to any

18   factual determinations of the Magistrate Judge will be considered a waiver of a party's right

19   to appellate review of the findings of fact in an order or judgment entered pursuant to the

20   Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

21        DATED this 7th day of January, 2014.

22

23

24                                              David K. Duncan
                                          United States Magistrate Judge

25

26

27

28
                                              - 2 -