NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Del Grande-Leyva, | No. CV13-02351-PHX-SRB |
| Petitioner, | **ORDER** |
| vs. | |
| David Gonzales, United States Marshal for the District of Arizona. | |
| Respondent. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on November 15, 2013 claiming two grounds for relief. Petitioner claimed that 1) his provisional arrest was not appropriate pursuant to an extradition agreement, and 2) there are special circumstances entitling him to release pending further extradition proceedings. January 3, 2014 Petitioner filed a Motion to Dismiss Petition for Writ of Habeas Corpus. On January 7, 2014, the Magistrate Judge issued his Report and Recommendation recommending that the Motion to Dismiss be granted and the Petition for Writ of Habeas Corpus be dismissed as moot.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

1  The Court finds itself in agreement with the Report and Recommendation of the
2  Magistrate Judge.
3  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4  as the order of this Court. (Doc. 14)
5  IT IS FURTHER ORDERED granting Petitioner's Motion to Dismiss.  (Doc. 13)
6  IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
7  as moot.
8  IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

10  DATED this 29th day of January, 2014.

_____
Susan R. Bolton
United States District Judge